IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01242-RBJ

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

AQUA BOX PRODUCTS, LLC, a Florida Corporation,

    Defendant.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **November 4, 2013 at 9:00 a.m.**

A Final Pretrial/Trial Preparation Conference is set for **October 4, 2013 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

A Markman Hearing is scheduled on **June 6, 2013 at 9:00 a.m.**

A follow-up Scheduling Conference is scheduled on **July 15, 2013 at 8:00 a.m.**

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 22nd day of August, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge